**Order entered March 5, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01023-CV**

**MICHELLE HERCZEG, Appellant**

**V.**

**CITY OF DALLAS, TEXAS, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. C-16-16429**

**ORDER**

Before the Court is appellant's March 4, 2020 second agreed motion to extend time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than March 13, 2020.

/s/    KEN MOLBERG
        JUSTICE